IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

_____

| | |
|---|---|
| VICTOR PETER BUCHI, ) | **ORDER TO SHOW CAUSE** |
| ) | **& MEMORANDUM DECISION** |
| Plaintiff, ) | |
| ) | Case No. 2:13-CV-378 DAK |
| v. ) | |
| ) | District Judge Dale A. Kimball |
| UTAH DEP'T OF CORRS. et al., ) | |
| ) | |
| Defendants. ) | |

_____

In this *pro se* prisoner civil rights case,[1] the Court granted Plaintiff's *in forma pauperis* request. So the Court could figure his initial partial filing fee, the Court ordered Plaintiff to submit his certified inmate account statement for the six months right before his complaint was filed on June 3, 2013.[2] Plaintiff has not complied.

IT IS THUS ORDERED that Plaintiff must within thirty days show cause why his case should not be dismissed for failure to obey the Court's order to send in "a certified copy of the trust fund account statement . . . for the *6-month period immediately preceding the filing of the complaint* . . . obtained from the appropriate [prison] official of each [correctional institution]."[3]

DATED this 15th day of July, 2013.

BY THE COURT:

_____
JUDGE DALE A. KIMBALL
United States District Judge

_____

[1] *See* 42 U.S.C.S. § 1983 (2013).

[2] *See* 28 *id.* § 1915(a)(2).

[3] *See id.* (emphasis added).